# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR290 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CHARLES P. FISHER, | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion to dismiss (Filing No. 28). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment against the above-named Defendant.

IT IS ORDERED that the government's motion to dismiss (Filing No. 28) is granted.

DATED this 11th day of May, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge